**RIMAC MARTIN, P.C.**
ANNA M. MARTIN - State Bar No. 154279
WILLIAM REILLY  - State Bar No. 177550
amartin@rimacmartin.com
w_reilly@rimacmartin.com
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA;
UNUM GROUP

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA I. BELO, conservator of the Estate of TAMBA DAVIS, conservatee and TAMBA DAVIS,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>UNUMPROVIDENT COMPANIES; UNUM INC., a corporation; DOE ONE through DOE FIVE and FIRST CORPORATION through FIFTH CORPORATION,<br><br>　　　　Defendants. | CASE NO.  **C 09-03562 CW**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE NOVEMBER 24, 2009 CASE MANAGEMENT CONFERENCE** |

-1-

**Stipulation To Continue CMC**　　　　　　　　　　　　　　　　　　**CASE NO.  C 09-03562 CW**

IT IS HEREBY STIPULATED by and between the plaintiffs REBECCA I. BELO, conservator of the Estate of TAMBA DAVIS, conservatee and TAMBA DAVIS and defendants UNUM GROUP and UNUM LIFE INSURANCE COMPANY OF AMERICA, through their respective counsel of record that the November 24, 2009 Case Management Conference be continued to December 8, 2009 at 2:00 p.m.

GOOD CAUSE EXISTS for this brief continuance as defendants' counsel has a pre-planned vacation on November 24, 2009.

SO STIPULATED.

RIMAC MARTIN, P.C.

DATED: September 2, 2009     By:    /s/ **WILLIAM REILLY**
WILLIAM REILLY
Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY
OF AMERICA; UNUM GROUP

**SMITH & BURSTEIN**

DATED: September 2, 2009     By:    /s/ **JACK B. BURSTEIN**
JACK B. BURSTEIN
Attorneys for Plaintiffs

SO ORDERED.

DATED: September 14, 2009    By: [signature]
IT IS SO ORDERED
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA