1  **RIMAC MARTIN, P.C.**
   ANNA M. MARTIN - State Bar No. 154279
2  WILLIAM REILLY - State Bar No. 177550
   amartin@rimacmartin.com
3  w_reilly@rimacmartin.com
   1051 Divisadero Street
4  San Francisco, California 94115
   Telephone (415) 561-8440
5  Facsimile (415) 561-8430

6  Attorneys for Defendants
   UNUM LIFE INSURANCE COMPANY OF AMERICA;
7  UNUM GROUP

8

9              UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

13 REBECCA I. BELO, conservator of the Estate )
   of TAMBA DAVIS, conservatee and TAMBA )  CASE NO.   C 09-03562 CW
14 DAVIS,                                     )
                                              )
15         Plaintiffs,                        )  **STIPULATION AND ORDER TO**
                                              )  **CONTINUE THE DECEMBER 8,**
16    vs.                                     )  **2009 CASE MANAGEMENT**
                                              )  **CONFERENCE**
17 UNUMPROVIDENT COMPANIES; UNUM              )
   INC., a corporation; DOE ONE through DOE   )  **ORDER**
18 FIVE and FIRST CORPORATION through         )
   FIFTH CORPORATION,                         )
19                                            )
           Defendants.                        )
20 _____ )

21      IT IS HEREBY STIPULATED by and between the plaintiffs REBECCA I. BELO,

22 conservator of the Estate of TAMBA DAVIS, conservatee and TAMBA DAVIS and defendants

23 UNUM GROUP and UNUM LIFE INSURANCE COMPANY OF AMERICA, through their

24 respective counsel of record that the December 8, 2009 at 2:00 p.m. Case Management

25 Conference be continued to April 6, 2010 at 2:00 p.m., or thereafter, at the Court's convenience.

26      GOOD CAUSE EXISTS for this brief continuance as the parties have been meeting and

27 conferring regarding the pleadings, plaintiffs have agreed to amend the complaint to state a

28 single claim based upon the additional tax liability they incurred due to the lump sum payment of

-1-
**Stipulation To Continue CMC**                           CASE NO.   C 09-03562 CW

1 disability benefits and, thus, the pleadings may not be at issue before the currently set December
2 8, 2009 at 2:00 p.m. Case Management Conference.  Furthermore, the parties are engaged in
3 settlement negotiations that may make the Case Management Conference unnecessary.
4     SO STIPULATED.

RIMAC MARTIN, P.C.

DATED:  November 9, 2009      By:     **/S/ WILLIAM REILLY**
WILLIAM REILLY
Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY
OF AMERICA; UNUM GROUP

**SMITH & BURSTEIN**

DATED:  November 9, 2009      By:     **/S/ JACK B. BURSTEIN**
JACK B. BURSTEIN
Attorneys for Plaintiffs

### **ORDER**

The parties having stipulated thereto, IT IS HEREBY ORDERED that the Case Management Conference will take place on April 20, 2010, at 2:00 p.m.

**SO ORDERED.**

DATED: November 9, 2009  By:  *[signature]*
CLAUDIA WILKEN
United States District Judge