*E-Filed 4/16/10 *

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REBECCA I. BELO, TAMBA DAVIS,<br><br>    Plaintiffs,<br>  v.<br><br>UNUMPROVIDENT COMPANIES, ET AL.,<br>    Defendants.<br>_____/ | No. C 09-03562 RS<br><br>**STANDBY ORDER TO SHOW CAUSE** |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **June 17, 2010**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **June 24, 2010, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.

United States District Court
For the Northern District of California

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 4/15/10

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE