*E-Filed 5/25/10*

LAW OFFICES OF
**SMITH & BURSTEIN**
1730 Sonoma Boulevard
Vallejo, California 94590
(707) 643-8405 • facsimile (707) 643-0818

**Jack B. Burstein**
**State Bar No. 26464**

Attorney for plaintiffs Rebecca I Below, conservator of the estate of Tamba Davis, conservatee, and Tamba Davis

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA I. BELO, conservator of the Estate of TAMBA DAVIS, conservatee, and TAMBA DAVIS,<br><br>Plaintiffs,<br><br>v.<br><br>UNUMPROVIDENT COMPANIES; UNUM INC., a corporation; et al,<br><br>Defendants.<br>_____/ | Case No. C 09-03562 CW   RS<br><br>**ORDER DISMISSING ACTION** |

The court has reviewed the stipulation filed herein, and good cause appearing therefrom, it is hereby Ordered that the matter is dismissed with prejudiced. Each party is to bear its own costs.

DATED this 25th day of May, ~~2001~~.
2010.

_(signature)_
UNITED STATES DISTRICT JUDGE

SMITH & BURSTEIN
1730 Sonoma Blvd.
Vallejo, CA 94590
(707) 643-8405

ORDER DISMISSING ACTION